UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

In re:                                                                              Bankr. Case No. 14-56558-JEH-13

Cynthia M Steele                                                Chapter 13

     Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                       Americredit Financial Services, Inc. dba GM Financial
                       PO Box 183853
                       Arlington, TX  76096

                                                By /s/ James Hogan Jr

                                                James Hogan Jr
                                                PO Box 183853
                                                Arlington, TX  76096
                                                877-203-5538
                                                877-259-6417
                                                Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 24, 2014 :

| | |
|---|---|
| Courtney A Cousino (Perdue) | Faye D. English |
| 1335 Dublin Road, Suite 205C | 10 West Broad Street |
| Columbus, OH 43215 | Suite 900 |
| | Columbus, OH 43215-3449 |

By  /s/ James Hogan Jr
    James Hogan Jr

xxxxx48345 / 697015